UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                    Case No. 2:25-mj-00087-MV

v.                                  Hon. Maarten Vermaat

RUBEN JOSEPH CORTEZ,

       Defendant.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been scheduled as set forth below:

| | |
|---|---|
| Type of hearing(s): | First Appearance<br>First Appearance |
| Date/Time: | November 6, 2025  11:00 AM |
| Magistrate Judge: | Maarten Vermaat |
| Place/Location: | Marquette, MI |

                                                MAARTEN VERMAAT
                                                U.S. Magistrate Judge

Dated:  November 6, 2025       By:   /s/ S. Dettling_____
                                              Deputy Clerk